EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Designación para integrar miembro a la Junta Examinadora de Aspirantes al Ejercicio de la Abogacía y la Notaría | 2021 TSPR 77<br><br>207 DPR ____ |

Número del Caso: EJ-2021-02

Fecha: 4 de junio de 2021

Materia: Resolución del Tribunal

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Designación para integrar EJ-2021-02
miembro a la Junta Examinadora
de Aspirantes al Ejercicio de
la Abogacía y la Notaría

RESOLUCIÓN

En San Juan, Puerto Rico, a 4 de junio de 2021.

En virtud del poder inherente del Tribunal Supremo de Puerto Rico para regular el ejercicio de la abogacía y la Regla 12 de este Tribunal, todo aspirante al ejercicio de esta profesión en el Estado Libre Asociado de Puerto Rico debe aprobar un examen de reválida preparado y administrado por la Junta Examinadora de Aspirantes al Ejercicio de la Abogacía y la Notaría.

De conformidad con el Artículo 2.2.2 del Reglamento para la Admisión de Aspirantes al Ejercicio de la Abogacía y la Notaría que promulgó este Tribunal, los miembros de la Junta serán nombrados mediante Resolución de este Tribunal.

Con este propósito, se designa al Lcdo. Hiram A. Meléndez Juarbe como miembro de dicho cuerpo.

El Lcdo. Hiram A. Meléndez Juarbe se desempeñará en su cargo desde el 15 de junio de 2021 hasta el 15 de junio de 2022, según lo contempla la Regla 2.3.1 del Reglamento para la Admisión de Aspirantes al Ejercicio de la Abogacía y la Notaría.

Notifíquese al Lcdo. Hiram A. Meléndez Juarbe; a los integrantes de la Junta Examinadora de Aspirantes al Ejercicio de la Abogacía y la Notaría, y al Director Ejecutivo de la Junta Examinadora de Aspirantes al Ejercicio de la Abogacía y la Notaría.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.

José Ignacio Campos Pérez
Secretario del Tribunal Supremo